IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-690-AP**

**In re: ADAM AIRCRAFT INDUSTRIES, INC.,**

      Debtor.

**JEFFREY A. WEINMAN, as Chapter 7 Trustee,**

      Plaintiff,

v.

**M&M AEROSPACE HARDWARE, INC., a/k/a B/E Aerospace Company,**

      Defendant.

---

**ORDER**

---

Kane, J.

    This matter is before the court on Defendant M&M Aerospace Hardware, Inc.'s, Motion for Withdrawal of Reference. The motion is DENIED. No cause exists to withdraw the reference under 28 U.S.C. § 157(d). The Defendant filed its motion to withdraw the reference weeks after the Trustee filed a motion to strike the jury demand and it waited more than 30 days after filing its jury demand to seek the withdrawal.

    While I do not hold that in all cases, a strict application of *Stainer v. Latimer (In re Latimer)*, 918 F.2d 136 (10th Circ. 1990) requires that the demand for jury trial must be filed *simultaneously* with a request to transfer to the district court, the holding is clear that the two must be filed in combination. Here, there is no such combination. Providing for transfer is such a stuttered fashion in the absence of compelling discrete reasons for delay is not in the

interests of an efficient and just administration of the Bankruptcy Court's business.

    Dated:  April 13, 2009

                                            BY THE COURT:

                                            ***S/John L. Kane***
                                            John L. Kane, Senior Judge
                                            United States District Court